UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSEPH LEE BROWN,

                Plaintiff,

v.

SUE BAUER, *et al.*,

                Defendants.

No. C09-5656 FDB

**ORDER ADOPTING REPORT AND RECOMMENDATION DISMISSING ACTION FOR FAILURE TO STATE A CLAIM**

The Magistrate Judge recommends that this civil rights action be dismissed for failure to state a claim, the Plaintiff having failed to respond to the show cause order directing Plaintiff to cure the deficiencies in his complaint.

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation;

(2)     This action is **DISMISSED without prejudice** prior to service for failure to state a claim. **This dismissal counts as a strike pursuant to 28 U.S.C. § 1915(g)**; and

(3)     The Clerk is directed to send copies of this Order to Plaintiff, counsel for any Defendants who have appeared, and to the Hon. Karen L. Strombom.

DATED this 8th day of February, 2010.

                                                FRANKLIN D. BURGESS
                                                UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION- 1