# United States District Court

WESTERN DISTRICT OF WASHINGTON

JOSEPH LEE BROWN

         v.

SUE BAUER, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5656FDB/KLS

__   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation; and

This action is **DISMISSED without prejudice** prior to service for failure to state a claim. **This dismissal counts as a strike pursuant to 28 U.S.C. § 1915(g)**.

| | |
|---|---|
|   February 9, 2010 |       BRUCE RIFKIN |
| Date | Clerk |
| | |
| |      *s/CM Gonzalez* |
| | Deputy Clerk |